JS6

FILED
CLERK, U.S. DISTRICT COURT
1/10/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JRE___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE CO., INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GLOBAL INVESTMENTS, LLC; COMMERCIAL PROPERTY MANAGEMENT, INC.; DAVID SOUFER; FRED & JAMISON, LLC; and DOES 1 through 20<br><br>　　　　　　　Defendants. | Case No:　2:22-cv-03871-RGK-SK<br>Assigned to: Hon. R. Gary Klausner<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS DECLARATORY RELIEF ACTION WITH PREJUDICE<br>[55] |

The Court hereby grants Plaintiff State National Insurance Company, Inc. ("Plaintiff"), and Defendants Global Investments, LLC, Commercial Property Management, Inc., and David Soufer ("Defendants") Stipulation to Dismiss the Declaratory Relief Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: January 10, 2023

　　　　　　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE